IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MOUSSA MOISE HABA, )
)
    Petitioner, )
)
v. ) Civil Action No. 3:20CV689–HEH
)
DEPARTMENT OF HOMELAND )
SECURITY, *et al.*, )
)
    Respondents. )

## MEMORANDUM OPINION
### (Dismissing Habeas Petition Without Prejudice)

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on October 9, 2020, the Court informed Petitioner that in the United States District Court for the Eastern District of Virginia, all *pro se* petitions for writs of habeas corpora must be filed on a set of standardized forms. *See* E.D. Va. Loc. Civ. R. 83.4(A). The Court mailed Petitioner the standardized form for filing a § 2241 petition and directed him to complete and return the form to the Court within eleven (11) days of the date of entry hereof. The Court warned Petitioner that the failure to complete and return the form in a timely manner would result in dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than eleven (11) days have elapsed since the entry of the October 9, 2020 Memorandum Order and Petitioner has not responded and Petitioner has not returned the standardized form. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: Nov. 24 2020
Richmond, Virginia